ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 14 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

EMANUEL GRAY,
a/k/a JOHN BILL,
a/k/a JOHN BUCK

Criminal Action No.
1:18-MJ-1100

**Government's Motion for Detention**

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Jolee Porter, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

Any felony involving a minor that is not otherwise a crime of violence.

**2. Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3. Rebuttable Presumption**

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. §

3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

An offense involving a MINOR victim under 18 U.S.C. §§ 2251.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

## 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 2 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: November 14, 2018.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

BYUNG J. PAK
United States Attorney

JOLEE PORTER
Assistant United States Attorney
Ga. Bar No. 462455

2

## Certificate of Service

The United States Attorney's Office served this document today by handing a copy to defense counsel:

Defense Counsel

November 14, 2018

/s/ JOLEE PORTER

JOLEE PORTER

*Assistant United States Attorney*