FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 1 2 2018

JAMES N. HATTEN, Clerk
By: 

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>EMANUEL GRAY | Criminal Indictment<br><br>No. **1:18-CR- 487** |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Attempted Production of Child Pornography*
*(18 U.S.C. § 2251(a) and (e))*

From on or about June 17, 2018, to on or about October 30, 2018, in the Northern District of Georgia and elsewhere, the defendant, EMANUEL GRAY, did, and attempted to, knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct; that is, a digital video file depicting Jane Doe, a female minor, engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), which visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
*Cyber Stalking*
*(18 U.S.C. § 2261A)*

From on or about June 17, 2018, to on or about October 30, 2018, in the Northern District of Georgia and elsewhere, the defendant, EMANUEL GRAY, did knowingly, with intent to harass and intimidate a person in another state, that is, Jane Doe, a female minor residing in Texas, use an interactive computer service and an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including electronically transmitted text messages and *Facebook*, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Jane Doe, all in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b).

## COUNT THREE
*Possession of Child Pornography*
*(18 U.S.C. § 2252(a)(4)(B))*

On or about November 14, 2018, in the Northern District of Georgia, the defendant, EMANUEL GRAY knowingly possessed at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction having been produced using a minor engaging in sexually explicit conduct, and having been produced using materials which had been shipped and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## Forfeiture

Pursuant to Title 18, United States Code, Section 2253(a), upon conviction of any offense charged in Counts One and Three of this Indictment, the defendant, EMANUEL GRAY, shall forfeit to the United States of America:

1. All visual depictions described in Title 18, United States Code, sections 2251, 2251A, and 2252, and all books, magazines, periodicals, films, videotapes, and other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;
2. All property, real and personal, constituting and traceable to gross profits and other proceeds obtained from the offenses; and
3. Any property, real and personal, used and intended to be used to commit or to promote the commission of the offenses.

If any of the property described above, as a result of any act or omission of the defendant, EMANUEL GRAY:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A ____True____ BILL

____/s/____
FOREPERSON

BYUNG J. PAK
*United States Attorney*

*/s/ Jolee Porter*
JOLEE PORTER
*Assistant United States Attorney*
Georgia Bar No. 462455

600 U.S. Courthouse • 75 Ted Turner Drive
Atlanta, GA 30303 • 404-581-6000