**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUN 15 2021

By: James N. Hatten, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMANUEL GRAY | Criminal Indictment<br><br>No. 1:18-CR-487-SCJ-JFK<br><br>SECOND SUPERSEDING |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Production and Attempted Production of Child Pornography - Minor Female "C.W.")

Beginning in or about May 2017, and continuing until on or about November 14, 2018, in the Northern District of Georgia and elsewhere, the defendant, EMANUEL GRAY, did knowingly, and knowingly attempt to, employ, use, persuade, induce, entice, and coerce "C.W.," a minor female, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### (Cyber Stalking – Minor Female "C.W.")

Beginning in or about August 2017, and continuing until on or about November 14, 2018, in the Northern District of Georgia and elsewhere, the defendant, EMANUEL GRAY, did knowingly, with intent to harass and intimidate a person in another state, that is, "C.W.," a minor female residing in the state of Texas, use an interactive computer service and an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including via *Instagram*, *Facebook*, and electronically transmitted text messages, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to "C.W.," all in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b).

## COUNT THREE
### (Production and Attempted Production of Child Pornography – Minor Female "S.S.")

In or about August 2018, in the Northern District of Georgia, the defendant, EMANUEL GRAY, did knowingly, and knowingly attempt to, employ, use, persuade, induce, entice, and coerce "S.S.," a minor female, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, including by computer and cellular telephone, and said visual depiction was transported and transmitted using any means and facility of

interstate commerce, including by computer and cellular telephone, in violation of Title 18, United States Code, Sections 2251(a) and (e)

## COUNT FOUR
### (Cyber Stalking – Minor Female "S.S.")

In or about August 2018, in the Northern District of Georgia, the defendant, EMANUEL GRAY, did knowingly, with intent to harass and intimidate a person, that is, "S.S.," a minor female residing in the state of Georgia, use an interactive computer service and an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including via *Instagram*, *Facebook*, and electronically transmitted text messages, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to "S.S.," all in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b).

## COUNT FIVE
### (Possession of Child Pornography)

On or about November 14, 2018, in the Northern District of Georgia, the defendant, EMANUEL GRAY, knowingly possessed at least one electronic device, which contained at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction having been produced using a minor engaging in sexually explicit conduct, and having been shipped and transported using any means or facility of interstate commerce and having been produced using materials which had been shipped and transported in and affecting interstate and foreign

3

commerce, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## Forfeiture

Pursuant to Title 18, United States Code, Section 2253(a), upon conviction of any offense charged in Counts One, Three, and Five of this Second Superseding Indictment, the defendant, EMANUEL GRAY, shall forfeit to the United States of America:

1. All visual depictions described in Title 18, United States Code, sections 2251, 2251A, and 2252, and all books, magazines, periodicals, films, videotapes, and other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;
2. All property, real and personal, constituting, and traceable to gross profits and other proceeds obtained from the offenses; and
3. Any property, real and personal, used and intended to be used to commit or to promote the commission of the offenses.

If any of the property described above, as a result of any act or omission of the defendant, EMANUEL GRAY:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A    **TRUE**    BILL

_[signature]_
FOREPERSON

KURT R. ERSKINE
*Acting United States Attorney*

_[signature]_

ALEX SISTLA
*Assistant United States Attorney*
Georgia Bar No. 845602

_[signature] S. Davis (/RSC. S.Davis)_

SKYE DAVIS
*Assistant United States Attorney*
Georgia Bar No. 564709

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

5

U.S. Department of Justice
United States Attorney

June 15, 2021
Date Submitted

FILED IN CHAMBERS
U.S.D.C. - Atlanta
JUN 15 2021
By: James N. Hatten, Clerk
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

EMANUEL GRAY

Indictment/Information

1:18-CR-487-SCJ-JFK

June 15, 2021
Date of Indictment

**REQUEST FOR ARRAIGNMENT – In Marshals Custody**

Emanuel Gray, 72002019
(Name)

Robert A. Deyton
(Institution)

June 11, 2021
(Date Verified)

ATTORNEY FOR DEFENDANT
Victoria Marie Calvert
(Name)
101 Marietta Street, N.W.
Centennial Tower, Atlanta, Georgia 30303
(Address)

X SUPERSEDING INDICTMENT
X COMPANION CASE with Indictment No. CR 1:18-MJ-01100-1

Alex R. Sistla
Assistant U.S. Attorney

U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R01041)

**FILED IN CHAMBERS**
U.S.D.C. - Atlanta
JUN 15 2021
By: James N. Hatten, Clerk
Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:  Fulton

DISTRICT COURT NO.    1:18-CR-487-SCJ-JFK

MAGISTRATE CASE NO.   1:18-MJ-01100-1

X Indictment
DATE: June 15, 2021

Information
DATE:

X Magistrate's Complaint
DATE: November 14, 2018

UNITED STATES OF AMERICA
vs.
EMANUEL GRAY

SECOND SUPERSEDING INDICTMENT
Prior Case Number: 1:18-CR-487-SCJ-JFK
Date Filed: December 12, 2018

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    X Yes    No
Is the defendant in custody on this charge or other conviction?    On this charge
Is the defendant awaiting trial on other charges?    Yes    X No
   Other charges:
   Name of institution:

Will the defendant require an interpreter?    Yes    X No

District Judge: Steve C. Jones
Magistrate Judge: Janet F. King

Attorney: Alex R. Sistla
Defense Attorney: Victoria Marie Calvert

# CRIMINAL CHARGES FILED

Today's Date: June 11, 2021
USAO #: 2018R01041
Caption: U.S. v. Gray
Court Number: 1:18-CR-487-SCJ-JFK

Date Charges Filed: June 15, 2021

Under Seal? No
PSN Case: No

Charge Type: Supr. Indictment 2
District/Magistrate Judge: Steve C. Jones

Felony

## Defendant Information:

**Emanuel Gray** — Arraignment Request

| Charge: | Count: |
|---|---|
| 18§2251(a) and (e) | 1, 3 |
| 18§2261A(2)(B) and 2261(b) | 2, 4 |
| 18§2252(a)(4)(B) and (b)(2) | 5 |

## Victim Information:

Does this matter have victims? Yes
Are there organizational victims? No
Prepared By: Nancy Blandford
Attorney: Alex R. Sistla, Assistant U.S. Attorney

[IF OCDETF Case= Yes Then
REMINDER: *Forward copy of indictment and this form to OCDETF Assistant*