IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. |
| v. | 1:18-CR-00487-SCJ |
| EMANUEL GRAY | |

## VERDICT

As to **Count One** of the Indictment, we, the jury, unanimously find Defendant Emanuel Gray:

Guilty ✓          Not Guilty _____

As to **Count Two** of the Indictment, we, the jury, unanimously find Defendant Emanuel Gray:

Guilty ✓          Not Guilty _____

As to **Count Three** of the Indictment, we, the jury, unanimously find Defendant Emanuel Gray:

Guilty ✓          Not Guilty _____

As to **Count Four** of the Indictment, we, the jury, unanimously find Defendant Emanuel Gray:

Guilty ✓          Not Guilty ____

As to **Count Five** of the Indictment, we, the jury, unanimously find Defendant Emanuel Gray:

Guilty ✓          Not Guilty ____

SO SAY WE ALL, signed and dated at the United States Courthouse, Atlanta, Georgia, this __13__ day of July, 2021.

_____          _Jayme Walton_____
Foreperson's Signature                   Foreperson's Printed Name