# GOVERNMENT'S EXHIBIT LIST

UNITED STATES V. EMANUEL GRAY  
JUDGE STEVE C. JONES  
GOVERNMENT'S ATTORNEYS: ALEX SISTLA; SKYE DAVIS

DOCKET NUMBER 1:18-CR-487-SCJ  
TRIAL DATE: 7/7/2021  
DEFENDANT'S ATTORNEYS: VICTORIA M. CALVERT; ALLISON DAWSON

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 1 | 7/9 | | ✓ | Email, dated 6/25/18, from Shantelle Prihoda to T. Brenek of Schulenberg Police Dep't re: FB Pictures |
| 2 | 7/9 | | ✓ | Screenshot – Text messages, dated 6/17/18 – 7/17/18, from 404-421-8289 sent to "Cierra" |
| 3 | 7/9 | | ✓ | T-Mobile Subscriber Record (404-421-8289) |
| 4 | 7/9 | | ✓ | *Trial Stipulation* re: T-Mobile cell phone number 404-421-8289 |
| 5 | 7/9 | | ✓ | Screenshot – Continuation of text messages from 404-421-8289 sent to "Cierra" |
| 6 | 7/9 | | ✓ | Photo – Location of black Samsung, Model SM-G935T Galaxy S7 Edge (IMEI #356164076211824) cell phone in a black-and-red case ("Samsung Galaxy Phone") |
| 7 | 7/9 | | ✓ | Photo – Close-up (front) of Samsung Galaxy Phone |
| 8 | 7/9 | | ✓ | Photo – Close-up (back) of Samsung Galaxy Phone |
| 9 | 7/9 | | ✓ | Photo – Location of black LG model LG-D801 (IMEI #013866000424613) cell phone ("LG Phone") |
| 10 | 7/9 | | ✓ | Photo – Close-up (front) of LG Phone |
| 11 | 7/9 | | ✓ | Photo – Close-up (back) of LG Phone |
| 12 | 7/9 | | ✓ | DVD -- 11/14/18 Interview of Emanuel Gray |
| 13 | 7/9 | | ✓ | LG Phone [PHYSICAL EXHIBIT] |
| 14 | 7/9 | | ✓ | Samsung Galaxy Phone [PHYSICAL EXHIBIT] |
| 15 | 7/9 | | ✓ | Screenshots – "About Phone" information from Samsung Galaxy Phone |
| 16 | 7/9 | | ✓ | Photo -- Snapchat, Kik, and DU Recorder Apps installed on Samsung Galaxy Phone |
| 17 | 7/9 | | ✓ | Screenshot – Facebook friends of "Cierra" found on LG Phone |

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 18 | 7/9 | | ✓ | Screenshot – "John Bill" Facebook profile page found on LG Phone |
| 19 | 7/9 | | ✓ | Screenshot – Kik profile page for "The king, Emanuel 3223" found on LG Phone |
| 20 | 7/9 | | ✓ | Screenshot – Profile page for "cierra'23nicole" found on Samsung Galaxy Phone |
| 21 | 7/9 | | ✓ | Screenshots – Text messages to "Ciernna" between 4/18/18 – 10/30/18 found on Samsung cell phone |
| 22 | 7/9 | | ✓ | Screenshot – Kik profile page for "cierra123nicole" found on Samsung cell phone |
| 23 | 7/9 | | ✓ | Screenshot –Kik page for "The king/Emanuel3223" found on Samsung cell phone |
| 24 | 7/9 | | ✓ | Screenshot – 10/28/18 message "How band been Lol" found on Samsung Galaxy Phone |
| 25 | 7/9 | | ✓ | Screenshot – Kik page for ".. ../tjdybfybd" found on Samsung Galaxy Phone |
| 26 | 7/9 | | ✓ | Screenshot – 10/28/18 Kik messages with "cierra123nicole" found on Samsung Galaxy Phone |
| 27 | 7/9 | | ✓ | CD – "Cierra" Images from LG and Samsung Galaxy Phones [CHILD PORN] |
| 28 | 7/9 | | ✓ | CD – Other Files of "Cierra" from Samsung Galaxy Phone [CHILD EROTICA] |
| 29 | 7/9 | | ✓ | CD – Censored/Altered Photos of "Cierra" from LG Phone [OTHER EXPLICIT] |
| 30 | 7/9 | | ✓ | Screenshot — Villa Rica High School webpage found on Samsung Galaxy Phone |
| 31 | 7/9 | | ✓ | Screenshot – Contact information for Villa Rica High School Principal, Glen Harding, found on Samsung Galaxy Phone |
| 32 | 7/9 | | ✓ | Screenshot – Altered photo ("Sachi" circled on practice field) from Villa Rica High School Band Boosters' Facebook page found on Samsung Galaxy Phone |
| 33 | 7/9 | | ✓ | Screenshot – Altered photo (" — at Campbell High School") from Villa Rica High School Band Boosters' Facebook page found on Samsung Galaxy Phone |

| Exhibit Number | Date Offered | Marked | Admitted | Description |
| --- | --- | --- | --- | --- |
| 34 | 7/9 | | ✓ | Screenshot – Altered photo (another circled image of "Sachi" on practice field) from Villa Rica High School Band Boosters' Facebook page found on Samsung Galaxy Phone |
| 35 | 7/9 | | ✓ | Screenshot – Altered photo (beach pavilion) from Villa Rica High School Band Boosters' Facebook page found on Samsung Galaxy Phone |
| 36 | 7/9 | | ✓ | Screenshots – Facebook messages sent to Villa Rica High School Band Boosters re: "Sachi" found on Samsung Galaxy Phone |
| 37 | 7/9 | | ✓ | Screenshot – Profile page re: Instagram account user "sachi.lit" found on Samsung Galaxy Phone |
| 38 | 7/9 | | ✓ | Screenshot – Post by Instagram user "sachi.lit" found on Samsung Galaxy Phone |
| 39 | 7/9 | | ✓ | Screenshot – Profile page re: Instagram account user "5644bj68943" found on Samsung Galaxy Phone |
| 40 | 7/9 | | ✓ | Screenshot – Profile page re: Snapchat user "The King" found on Samsung Galaxy Phone |
| 41 | 7/9 | | ✓ | Screenshots – Snapchat messages, dated 7/5/18 – 11/5/18, with "$achi" found on Samsung Galaxy Phone |
| 42 | 7/9 | | ✓ | Screenshots – Additional Snapchat messages with "$achi" found on Samsung Galaxy Phone |
| 43 | 7/9 | | ✓ | Screenshots – Comments during Snapchat live session with "Sachi" found on Samsung Galaxy Phone |
| 44 | 7/9 | | ✓ | Screenshots – Comments during another Snapchat live session with "Sachi" found on Samsung Galaxy Phone |
| 45 | 7/9 | | ✓ | Screenshot – Snapchat call from "$achi found on Samsung Galaxy Phone |
| 46 | 7/9 | | ✓ | Forwarded email, dated 8/20/18, re: Screenshot from "sachi_expos" social media account |
| 47 | 7/9 | | ✓ | Screenshots – Instagram chats, dated 8/13/18 (11:11AM – 5:47PM), between "expos_sachi" and "sachi.lit" |
| 48 | 7/9 | | ✓ | Screenshot – Instagram chats, dated 8/13/18 (11:26AM – 2:29PM), between "willpostifudontrespond" and "sachi.lit" |
| 49 | 7/12 | | ✓ | DVD – "Sachi" Images from Samsung Cell Phone [CHILD PORN] |

3

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 50 | 7/12 | | ✓ | CD – Other Files of "Sachi" from Samsung Cell Phone [CHILD EROTICA] |
| 51 | 7/12 | | ✓ | Screenshots – Instagram messages between "Sachi" and Aishlyn Skoczylas |
| 52 | 7/9 | | ✓ | FD-1086, *Consent to Assume Online Identity Authorization Form*, executed by Emanuel Gray on 11/14/18 |
| 53 | 7/9 | | ✓ | Screenshot – Facebook profile page for "Lèna John" |
| 54 | 7/9 | | ✓ | Screenshot – Social media profile page, dated 8/21/18 at 12:58AM, for "sachi_expos" |
| 55 | 7/9 | | ✓ | Screenshot – 9:57PM messaging posted on social media page for "sachi_expos" screen captured on 8/20/18 at 10:32PM |
| 56 | 7/12 | | ✓ | Instagram chats between "sachi.lit" and "account_deleted_0192837465" |
| 57 | 7/12 | | ✓ | Instagram chats between "sachi.lit" and "be.cs10" |
| 58 | 7/12 | | ✓ | Instagram chats between "sachi.lit" and "cha._cha_" |
| 59 | 7/12 | | ✓ | Instagram chats between "sachi.lit" and "dat.boi_blue" |
| 60 | 7/12 | | ✓ | Instagram chats between "sachi.lit" and "lovesickgyal" |
| 61 | 7/12 | | ✓ | Instagram chats between "sachi.lit" and "mariaaaguadalupeee" |
| 62 | 7/12 | | ✓ | Instagram chats between "sachi.lit" and "swayze_my" |
| 63 | | | | |
| 64 | | | | |
| 65 | | | | |

4

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 66 | | | | |
| 67 | | | | |
| 68 | | | | |
| 69 | | | | |
| 70 | | | | |