# FEDERAL DEFENDER PROGRAM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET, N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404 688-0768

August 9, 2021

Courtroom Deputies
United States District Court
for the Northern District of Georgia
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

    Re:  Leave of Absence

Dear Courtroom Deputies:

    This letter is to notify the Court, pursuant to Local Criminal Rule 57.1E(4), that I will be out of the office during the dates listed below.  It is respectfully requested that the Court not schedule any court appearances in the attached cases during the following dates:

    October 6, 2021 through and including October 12, 2021

    Thank you for your attention to this matter.

    Sincerely,

    /s/ Victoria M. Calvert
    Victoria M. Calvert
    Staff Attorney

cc:    Assistant United States Attorneys (via ECF)

# CASE LIST FOR VICTORIA M. CALVERT

| | |
|---|---|
| United States v. Abbie Anglin | Case No. 2:20-CR-057-RWS |
| United States v. Jhovany Arias-Herrera | Case No. 1:19-CR-463-TWT-1 |
| United States v. Michael Brian Daniel | Case No. 1:21-CR-220-WMR-1 |
| United States v. Roberto Dominguez | Case No. 2:21-CR-030-RWS-1 |
| United States v. Tiffany Michelle Fearby | Case No. 1:20-CR-226-TWT-1 |
| United States v. Emanuel Gray | Case No. 1:18-CR-487-SCJ-1 |
| United States v. William Gresham | Case No. 1:21-CR-035-TWT-1 |
| United States v. Raul Lopez-Giraldo | Case No. 1:17-CR-395-MLB-3 |
| United States v. Terrell McQueen | Case No. 1:17-CR-224-AT-2 |
| United States v. James Morelock | Case No. 1:19-CR-211-AT |
| United States v. Jamal James Nicholl | Case No. 1:20-CR-386-JPB-1 |
| United States v. Alhagi Kebba Njie | Case No. 1:20-CR-103-TWT-6 |
| United States v. Edwin Rivera Deras | Case No. 1:19-CR-508-AT |
| United States v. Timothy West | Case No. 4:21-CR-027-TCB-1 |