

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*　　*Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*　　*Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

September 8, 2021

Courtroom Deputies
U.S. Courthouse
75 Ted Turner, S.W.
Atlanta, Georgia 3030

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from January 13 through January 18, 2022, and February 16 through February 21, 2022. I request that the Court not schedule any court appearances in the below-referenced matter for those dates.

United States v. HUGHES, 1:04-CR-070

United States v. HENRY, et al., 1:09-CR-522

United States v. AGBOR, et al., 1:15-CR-374

United States v. PATEL, et al., 1:16-CR-353

United States v. EDDIE COOK, 1:18-CR-151

United States v. CHALMER DETLING, 1:18-CR-309

United States v. CORY SMITH, 18-CR-00456-1

United States v. EMANUEL GRAY, 1:18-CR-487

United States v. LAWRENCE VEREEN, 1:19-CR--001

United States v. DANIEL STRICKLAND, 4:19-CR-061

United States v. DEVIN HERMAN, 1:19-CR-195

United States v. ALFONZO STEVENS, 1:19-CR-209

United States v. DENZALE GOOD, 1:20-CR-005

United States v. RONALD BAILEY, 19-CR-290-1

United States v. S. QADRI, 1:19-CR-290-2

United States v. NMADI MGBODILE, 1:19-CR-439

United States v. I. MOMIN, 4:20-CR-016

United States v. NATHAN HORTON, 1:20-CR-429

United States v. BART ROSS, 1:20-CR-432

United States v. KATRISE JONES, 1:20-CR-456

United States v. TRAVIS PETERSON, 1:20-CR-484

United States v. SHUN XIAO, 3:20-CR-017

United States v. ELVIS OGIEKPOLOR, 1:21-CR-016

United States v. ROBERT WHITLEY, 1:21-CR-097

United States v. NONI WHITLEY, 1:21-CR-112

United States v. BILLY JACK DANIELS CALHOUN, 1:21-CR-150

United States v. VIRGIL "BUD" DUPREE, 4:21-CR-033

        Sincerely,

        KURT R. ERSKINE
        *Acting United States Attorney*

        /S/ ALEX R. SISTLA
        *Assistant United States Attorney*

cc: Counsel for Defendant