IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

      v.

EMMANUEL GRAY
    DEFENDANT.

Criminal Action No.

1:18-CR-00487-SCJ-LTW-1

## NOTICE OF WITHDRAWAL

Assistant United States Attorney Jolee Porter herein files notice of her withdrawal in the above-styled case, and respectfully requests that she be removed as counsel of record for the United States.

    Respectfully submitted,

    KURT R. ERSKINE
      *Acting United States Attorney*

/s/Jolee Porter
    *Assistant United States Attorney*
Georgia Bar No. 462455
Jolee.Porter@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

October 20, 2021

                                                /s/ JOLEE PORTER
                                                JOLEE PORTER
                                                *Assistant United States Attorney*