# FEDERAL DEFENDER PROGRAM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET, N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404 688-0768

October 22, 2021

Courtroom Deputies
United States District Court
for the Northern District of Georgia
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

      Re:  Leave of Absence

Dear Courtroom Deputies:

      This letter is to notify the Court, pursuant to Local Criminal Rule 57.1E(4), that I will be out of the office during the dates listed below.  It is respectfully requested that the Court not schedule any court appearances in the attached cases during the following dates:

      November 29, 2021 through and including December 3, 2021
      December 20, 2021 through and including December 24, 2021

      Thank you for your attention to this matter.

      Sincerely,

      /s/ *Victoria M. Calvert*
      Victoria M. Calvert
      Staff Attorney

cc:    Assistant United States Attorneys (via ECF)

## CASE LIST FOR VICTORIA M. CALVERT

| | |
|---|---|
| United States v. Abbie Anglin | Case No. 2:20-CR-057-RWS-1 |
| United States v. Michael Brian Daniel | Case No. 1:21-CR-220-WMR-1 |
| United States v. Wenky Delivrance | Case No. 1:21-CR-022-SDG-1 |
| United States v. Roberto Dominguez | Case No. 2:21-CR-030-RWS-1 |
| United States v. Tiffany Michelle Fearby | Case No. 1:20-CR-226-TWT-1 |
| United States v. Emanuel Gray | Case No. 1:18-CR-487-SCJ-1 |
| United States v. William Gresham | Case No. 1:21-CR-035-TWT-1 |
| United States v. Raul Lopez-Giraldo | Case No. 1:17-CR-395-MLB-3 |
| United States v. Terrell McQueen | Case No. 1:17-CR-224-AT-2 |
| United States v. James Morelock | Case No. 1:19-CR-211-AT-1 |
| United States v. Jamal James Nicholl | Case No. 1:20-CR-386-JPB-1 |
| United States v. Alhagi Kebba Njie | Case No. 1:20-CR-103-TWT-6 |
| United States v. Jeremie Pugh | Case No. 1:11-CR-189-CAP-2 |
| United States v. Edwin Genaro Rivera Deras | Case No. 1:19-CR-508-AT-1 |
| United States v. Nuival Vasquez | Case No. 1:21-CR-261-TWT-2 |
| United States v. Timothy John West | Case No. 4:21-CR-027-TCB-1 |