**From:**      Kendra Gray
**To:**        Victoria Calvert
**Subject:**   Emanuel"s Letter to the Judge
**Date:**      Wednesday, October 13, 2021 12:49:43 AM

---

Dear Judge,
>     We were informed that we can write to you, and although I have a billion and one things to say, I do not know where to begin or if my words even matter. Also I'm not well educated on the legal system and what power/responsibilities you hold but I wish all of this could just magically go away like it never happened. I'm aware of what my younger brother, Emanuel, was found guilty for and how the prosecutors painted a picture of who they believe he is and probably will always be in their eyes. Unfortunately, first impressions are lasting impressions and I'm sure a lot of people agree with them now. Emanuel's decisions and actions appear to reveal a monstrous young man, but there are a ton of other good things about him that outweigh the bad.
>
>     Honestly I am deeply disappointed that we are here in this moment, still I try to focus on the positives and things he has done to make me proud. From the moment he could sit up and crawl/walk, he was a super active child willing to learn. As luck would have it, or should I say not, he did not learn at the same pace as most children. Family and friends joked and bullied him about being a certain age but being so far behind mentally and emotionally. Regardless he did not let that stop him, and he pushed through the challenges teaching himself to read. He still loves to read and reads all the time. When he was younger he went to a Christian summer camp. He excelled there and became a camp leader. Sadly, I think he did so well there and not so much at home because he actually had people who supported and uplifted him.
>
>     As the oldest, I partially blame myself. I wish I would have known how to teach him, or that he needed more attention and love. I wish I would have protected him more from all the negativity and spirit crushers, including from myself at times. We know all decisions have consequences and that none of us have any say in what happens next, but I can genuinely say excluding all biases that there has been a major shift in my brother towards being an even better person than he was before. The look in his eyes alone says a thousand words. I have mentioned all this but now we have to leave it in another person's hands, in a system that I honestly do not believe in because it has not shown to be fair in my eyes. I do not believe a long term sentence will rehabilitate or make my brother the law abiding citizen you all want everyone to be, I think he needs that uplifting support, and love like he received at the summer camp more now than ever before.
>
>     It's my wishful fairytale thinking, but if I could make a wish and it could come true. of all the things in the universe, what I wish for the most right now in this moment is to undo the pain and damage done to the ladies and their families, and that I would not have to see my baby brother be labeled as a monster and put behind bars. One thing I know for sure and that will not change, my brother is not a monster. He is not an angel or a hero, he has made mistakes, we all have, but I know he is a better man and will only become a better one no matter what others think of him. Ten percent of life is what we go through and ninety percent is how we respond to it. The only thing we can do now is continue to work through this life and better ourselves each day we are blessed with.

  Sincerely, Kendra Gray